**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**NANCY P. CARRIGAN**
***Plaintiff***

**Vs.** **C.A. No. 06-197S**

**NORMAN Y. MINETA, SECRETARY OF TRANSPORTATION, DEPARTMENT OF TRANSPORTATION and FEDERA AVIATION ADMINISTRATION**
***Defendants***

**DISMISSAL STIPULATION**

Now comes Plaintiff, Nancy P. Carrigan, through counsel, and hereby stipulates to the dismissal of the above-referenced case.

Plaintiff,
Nancy P. Carrigan
By her Attorney,

/s/ Raymond A. Marcaccio

Raymond A. Marcaccio, Esquire (#3569)
OLIVERIO & MARCACCIO LLP
55 Dorrance Street, Suite 400
Providence, RI 02903
(401) 861-2900
(401) 861-2922 Fax
ram@om-rilaw.com

Dated: September 1, 2006